UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-20559-CIV-UNGARO

EDWARD M. DOBROWOLSKI,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

### ORDER ON MOTION TO EXTEND

THIS CAUSE is before the Court upon the parties' Joint Motion and Stipulation to Enlarge Time of Discovery Cutoff Date, filed on August 14, 2008 (D.E. 13).

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises.

ORDERED AND ADJUDGED that the Motion (D.E. 13) is GRANTED IN PART. The parties SHALL complete discovery on or before November 14, 2008. <u>No further extensions will be granted</u>.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of August, 2008.

*[signature]*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record