**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 08-20559-CIV-UNGARO

EDWARD M. DOBROWOLSKI,

     Plaintiff,

v.

CARNIVAL CORPORATION,

     Defendant.

_____ /

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Stipulation of Dismissal, filed September 15, 2008 (D.E. 16).

THE COURT has considered the Stipulation and the pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) this Cause is DISMISSED WITH PREJUDICE. It is further

ORDERED AND ADJUDGED that all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of September, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record